SHIRLEY VOJDA et al., Appellants, *v.* LENORE M. PRIZEP, Respondent.

Submitted January 5, 1953; decided January 21, 1953.

*Roy M. Zeig* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless, within ten days, appellants serve and file an undertaking on appeal and pay $10 costs and, within twenty days, file the return on appeal, in which events motion denied.